UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:09-22020-CIV-MARTINEZ-DUBÉ

LUIS PEREZ EUPIERRE,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social
Security,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    THE MATTER was referred to the Honorable Robert L. Dubé, United States Magistrate Judge for a Report and Recommendation on all pretrial matters. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 24)** recommending that the decision by the Commissioner be affirmed. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present.

    With respect to Plaintiff's objections regarding the weight given the treating source's opinion, the Court notes that the regulations to which Plaintiff cites state, "[The Commission] will always give good reasons in our notice of determination or decision for the weight we give your treating source's opinion." 20 C.F.R. § 404.1527(d). In this case, the Administrative Law Judge ("ALJ") did give good reasons for the weight she gave the treating source's opinion, and she cited to the nature and duration of the examinations as well as to the degree that the opinion was consistent with the other evidence, including the treating source's own treatment notes. Nothing in the regulations requires the ALJ to separately discuss every factor that she considers

in according weight to the treating source's opinion, provided that she "give[s] good reasons."

Plaintiff's second objection is that the Magistrate Judge did not adequately address his claim that the ALJ improperly found the Plaintiff not credible. Plaintiff's primary argument in that respect was that the ALJ's conclusions are not supported by the record. Interestingly, part of the basis for the ALJ's determination that the Plaintiff lacked credibility was that the "highly trained and educated" Plaintiff's failed to supplement the record with his prior treatment records despite the ALJ's request that he do so. *See* (AR 23). The lack of prior treatment records for the Plaintiff is supported by the record, if only in the sense that the record does not include them. Having reviewed this issue *de novo*, the Court finds no error in Judge Dubé's analysis of the ALJ's credibility finding. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Dubé's Report and Recommendation **(D.E. No. 24)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. Plaintiff's Motion for Summary Judgment (D.E. No. 16) is **DENIED**.

2. Defendant's Motion for Summary Judgment (D.E. No. 23) is **GRANTED**. The decision of the Commissioner is **AFFIRMED**.

3. This case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this __7__ day of May, 2010.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Dubé
All Counsel of Record